IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHERIE PHILLIPS, | ) | CV NO. 07-00423 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIKE MURDOCK, aka MICHAEL DEAN MURDOCK, THE WISDOM CENTER, INC., WISDOM INTERNATIONAL, INC., MIKE MURDOCK EVANGELISTIC ASSOCIATION, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 30, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(c) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Application to Proceed without Prepayment of Fees," Document Number 5, are adopted as

///

///

///

///

the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 18, 2007, Honolulu, Hawaii.



                                  **/s/ Helen Gillmor**

                                  Chief United States District Judge